UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXECUTIVE LENS LLC,<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>LEE RAPKIN and JOHN DOE dba "the Exposer" www.youtube.com@1aAudits Exposé,<br><br>　　　　　Defendant(s). | Case No. 5:25-cv-06048-NC<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☒ **CONSENT to Magistrate Judge Jurisdiction**

　　In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

　**OR**

☐ **DECLINE Magistrate Judge Jurisdiction**

　　In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE:　December 9　, 2025　　　　　NAME: Jessica R. Stone, Esq.

　　　　　　　　　　　　　　　　　　　*/s/ Jessica R. Stone*
　　　　　　　　　　　　　　　　　　　　　　*Signature*

　　　　　　　　　　　　　　　　　COUNSEL FOR: Defendant LEE RAPKIN

**PROOF OF SERVICE**

**STATE OF CALIFORNIA**
**COUNTY OF SAN FRANCISCO**

I am employed in the County of Orange, State of California, I am over the age of eighteen years, and not a party to the within action. My business address is 2020 Main Street, Suite 1100, Irvine, California 92614

On December 9, 2025, I served the document(s) described as:

**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

on the parties in this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

in the following manner:

☐ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Clyde & Co US LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at San Francisco, California.

☐ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address gloria.zwibel@clydeco.us to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 9, 2025, at Cypress, California.

*/s/ Gloria Zwibel*
Gloria Zwibel

CLYDE & CO US LLP
150 California Street, Suite 1500
San Francisco, California 94111
Telephone: (415) 365-9800

**SERVICE LIST**

Randall S. Newman
99 Wall Street, Suite 3727
New York, New York 10005
Telephone: (212) 797-3735
Email: rsn@randallnewman.net

Attorneys for Plaintiff
Executive Lens LLC