RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
99 Wall St., Suite 3727
New York, NY 10005
212.797.3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
 *Executive Lens LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXECUTIVE LENS LLC,<br><br>    Plaintiff,<br><br>    vs.<br><br>LEE RAPKIN and JOHN DOE dba "The Exposer" www.youtube.com/@1aAuditsExposé,<br><br>    Defendants. | Case No. 25-cv-06048-NC<br><br>**PLAINTIFF'S NOTICE OF INTENT TO FILE FIRST AMENDED COMPLAINT** |

1

**PLAINTIFF'S NOTICE OF INTENT TO FILE FIRST AMENDED COMPLAINT**

Undersigned counsel for Plaintiff Executive Lens LLC ("Plaintiff"), hereby notifies the Court that Plaintiff intends to file a First Amended Complaint on or before December 30, 2025.

On December 9, 2025, Defendant Lee Rapkin ("Defendant"), filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF No. 11). Plaintiff's deadline to oppose the motion is December 23, 2025, but as noted above, Plaintiff is instead electing to file a First Amended Complaint, as a matter of right, pursuant to Federal Rule of Civil Procedure 15(a)(1)(B).

Under Rule 15(a)(1)(B), the deadline to amend is December 30, 2025. Plaintiff submits this notice to avoid any confusion regarding the timeliness of its response to Defendant's Motion to Dismiss (ECF No. 11), as Plaintiff does not intend to file an opposition to the pending motion because it will be rendered moot by the filing of the First Amended Complaint.

Dated: December 18, 2025

/s/ Randall S. Newman
Randall S. Newman, Esq. (SBN 190547)
99 Wall Street, Suite 3727
New York, NY 10005
(212) 797-3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
*Executive Lens LLC*