RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
99 Wall St., Suite 3727
New York, NY 10005
212.797.3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
 *Executive Lens LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXECUTIVE LENS LLC, | Case No. 25-cv-06048-NC |
| Plaintiff, | **NOTICE OF FILING** |
| vs. | **SUPPLEMENTAL EXHIBITS** |
| LEE RAPKIN and JOHN DOE dba "The Exposer" www.youtube.com/@1aAuditsExposé, | |
| Defendants. | |

1  Plaintiff Executive Lens LLC hereby filed Exhibits A and B, which were
2  inadvertently omitted from the filing of the First Amended Complaint at ECF No. 20. No
3  substantive changes are made to the pleading.
4
5
6  Dated:  December 30, 2025
            /s/ Randall S. Newman
7           Randall S. Newman, Esq. (SBN 190547)
            99 Wall Street, Suite 3727
8           New York, NY 10005
9           (212) 797-3735
            rsn@randallnewman.net
10
11          *Attorney for Plaintiff,*
12          *Executive Lens LLC*

2

NOTICE OF FILING SUPPLEMENTAL EXHIBITS