# EXHIBIT A

# LIST OF URLs PURPORTEDLY SUBJECT TO COUNTER-NOTICE

## Short Form Videos

1. https://youtube.com/shorts/aIa1JUqSUd4?si=S6uQNRkxSSsyk_0j
2. https://youtube.com/shorts/6iZ83Pe4NoQ?si=c3fL1Z3np-0meofK
3. https://youtube.com/shorts/g1x8N1QdWN0?si=9E8btOBA3jkC5Ksx
4. https://youtube.com/shorts/FEDB48NK3pg?si=z3H9Vrc4c02134lz
5. https://youtube.com/shorts/19QF4uG_2gg?si=s8T-NdSY6nOmNd_Y
6. https://youtube.com/shorts/1qZ8ujLW9i0?si=YuGlA-hMULmpm13O
7. https://youtube.com/shorts/Hj-0PFw-l-g?si=unQyL7iIWj_OVQhs[1]
8. https://youtube.com/shorts/VMB9VUnc_jk?si=qaisFQfknhODb1hA
9. https://youtube.com/shorts/REcICenk5Io?si=cNgJgN_lWk0EckGa
10. https://youtube.com/shorts/_QdhTfh-r8M?si=QpssuQ7TKiHk-PBb
11. https://youtube.com/shorts/Gs96tu40z8M?si=ERXTFgEMNLqgTP2M
12. https://youtube.com/shorts/yjClhLsOQpk?si=PiyYFQKcjXX8N4jA
13. https://youtube.com/shorts/4iVWR3Gsdyk?si=uHJVS-4HjQ-CA2p5
14. https://youtube.com/shorts/nEd1KW-A3kU?si=Qt64MtFls2Ja-zSP
15. https://youtube.com/shorts/9FK-VCcV6xE?si=S0Rmd1RffKNB2l01
16. https://youtube.com/shorts/yQMwzdlodCo?si=tNzM3mLttAYZj4gM

## Long Form Video

17. https://youtu.be/dDKRME4f7Dw?si=-s4VzpDgtXrt8HWV

---

[1] This URL was not included in the July 14, 2025 Counter-Notice.