**DMCA Lawyer <thedmcalawyer@gmail.com>**

## Fwd: [53K3YSEI324SZPPLIO7B2CRNQY] New Copyright Counter Notification
1 message

**Denver Metro Audits** <denvermetroaudits@gmail.com>                                      Tue, Jul 15, 2025 at 9:28 AM
To: DMCA Lawyer <thedmcalawyer@gmail.com>

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+0uk5svpi4y2vs0h@google.com>
Date: Mon, Jul 14, 2025 at 11:44 AM
Subject: Re: [53K3YSEI324SZPPLIO7B2CRNQY] New Copyright Counter Notification
To: <denvermetroaudits@gmail.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=19QF4uG_2gg
- http://www.youtube.com/watch?v=1qZ8ujLW9i0
- http://www.youtube.com/watch?v=4iVWR3Gsdyk
- http://www.youtube.com/watch?v=6iZ83Pe4NoQ
- http://www.youtube.com/watch?v=9FK-VCcV6xE
- http://www.youtube.com/watch?v=FEDB48NK3pg
- http://www.youtube.com/watch?v=Gs96tu40z8M
- http://www.youtube.com/watch?v=REcICenk5Io
- http://www.youtube.com/watch?v=VMB9VUnc_jk
- http://www.youtube.com/watch?v=_QdhTfh-r8M
- http://www.youtube.com/watch?v=aIa1JUqSUd4
- http://www.youtube.com/watch?v=dDKRME4f7Dw
- http://www.youtube.com/watch?v=g1x8N1QdWN0
- http://www.youtube.com/watch?v=nEd1KW-A3kU
- http://www.youtube.com/watch?v=yQMwzdJodCo
- http://www.youtube.com/watch?v=yjCIhLsOQpk

Display name of uploader:

To whom it may concern,


We are the legal counsel representing the rights and interests of the owner of the channel 1A Audits Exposé (https://www.youtube.com/channel/UCX9F1a1qde5JspqdeCQlpoA), who received 17 copyright strikes since July 7th from the same claimants. Our client respectfully maintains that each of the videos in question fully complies with YouTube's guidelines and is protected under fair use.


Our client believes the content was removed by mistake or misidentification, as there is no valid basis for a copyright infringement claim. Furthermore, it is our client's good faith belief that the claimant filed the takedown not due to any actual copyright violation, but rather for retaliatory or personal reasons, effectively using the copyright system as a tool of censorship. Our client believes that his videos were protected by fair use for the following reasons.


**The copyright-claims videos:**

- Were used to analyze, demonstrate, and criticize their questionable and debatable content (educational purpose).
- Were significantly transformed by detailed editing and elaborate commentary throughout the videos (commentary and criticism).

EXHIBIT B - Page 1 of 3

- Were used for parody, creating humorous or satirical works that comment on the original (parody and pastiche).

**Legal statements:**

- *"I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant."*
- *"I swear, under penalty of perjury, that I have a good faith belief that the material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled."*

**Statement to the claimant:**

The videos targeted by the strikes are in compliance with YouTube's guidelines and fair use rules; the videos are completely transformed by an elaborate editing and commentary throughout. They were also used for educational purposes and for parody by creating humorous and satirical works that comment on the original. Furthermore, our client truly believes that those claims were sent as a retaliatory gesture for personal reasons, effectively using the copyright system as a tool of censorship. For these reasons, we kindly request that you remove the claims, allowing the Channel 1A Audits Exposé to continue its work and exercise its freedom of speech.

Our client once again provides the following videos and links that have been taken down due to this copyright strike:

**Video title:** When DMA promises to not bother you while bothering you

**Video url:** https://www.youtube.com/watch?v=6iZ83Pe4NoQ

**Video title:** When Regan Benson opened a speech with her own personal style

**Video url:** https://www.youtube.com/watch?v=_QdhTfh-r8M

**Video title:** When a frauditor goes with the same old script

**Video url:** https://www.youtube.com/watch?v=g1x8N1QdWN0

**Video title:** When DMA knows more than a law firm (part 1)

**Video url:** https://www.youtube.com/watch?v=19QF4uG_2gg

**Video title:** When DMA knows more than a law firm (part 2)

**Video url:** https://www.youtube.com/watch?v=1qZ8ujLW9i0

**Video title:** When Denver Metro Audit & Regan are asked to leave (part 2)

**Video url:** https://www.youtube.com/watch?v=9FK-VCcV6xE

**Video title:** When DMA shows his journalist skills

**Video url:** https://www.youtube.com/watch?v=FEDB48NK3pg

**Video title:** When DMA gets mad at you, it's time for name and badge number

**Video url:** https://www.youtube.com/watch?v=nEd1KW-A3kU

**Video title:** This frauditor tries to visit a mental institute

**Video url:** https://www.youtube.com/watch?v=dDKRME4f7Dw

**Video title:** When Denver Metro Audits needs more YouTube content

**Video url:** https://www.youtube.com/watch?v=yQMwzdlodCo

**Video title:** When Denver Metro Audit and Direct D wont be accountable (PART 2)

**Video url:** https://www.youtube.com/watch?v=4iVWR3Gsdyk

EXHIBIT B - Page 2 of 3

**Video title:** When Regan Benson finished a speech with her own personal style

**Video url:** https://www.youtube.com/watch?v=REcICenk5Io

**Video title:** When Regan Benson loves to play the victim card

**Video url:** https://www.youtube.com/watch?v=VMB9VUnc_jk

**Video title:** When DMA shows the council how delusional he is (PART 1)

**Video url:** https://www.youtube.com/watch?v=aIa1JUqSUd4

**Video title:** When Denver Metro Audit & Regan are asked to leave (part 1)

**Video url:** https://www.youtube.com/watch?v=yjCIhLsOQpk

**Video title:** When DMA takes "control" of a situation
**Video url**: https://youtube.com/shorts/Gs96tu40z8M

**Video title**: When Denver Metro Audit and Direct D won't be accountable (PART 2)
**Video url**: https://youtube.com/shorts/4iVWR3Gsdyk

As such, we believe the resubmission of the counter-notification was filed correctly, and we request that the content be reinstated. Please let us know if any further information is required.

Best regards,

Me Lee Rapkin

*Avocate / Lawyer*

**Courriel:** lee@blpavocats.com

**Bureau:** (514) 396-5005

439, rue Saint-Pierre, Montréal, Québec, H2Y 2M8

1aauditsexpose@gmail.com

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

EXHIBIT B - Page 3 of 3