UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXECUTIVE LENS LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEE RAPKIN, and others,<br><br>　　　　Defendants. | Case No. 25-cv-06048 NC<br><br>**ORDER ON DISCOVERY DISPUTE; SETTING FURTHER HEARING MARCH 11, 2026**<br><br>RE: DKT. 18 |

　　　　Plaintiff Executive Lens has moved to compel Defendant Lee Rapkin to produce the full legal name, last-known physical address, and telephone number of the subscriber who owns and controls the *la Audits Exposé* YouTube channel, so that Executive Lens may amend the complaint and serve this Doe defendant. Dkt. 18. Rapkin has objected.

　　　　After hearing today, the Court set a further hearing for March 11, 2026, at 11:00 a.m. by Zoom video on Plaintiff's request. Rapkin is ordered to provide a copy of Dkt. 18 and this Order to the subscriber. The subscriber may file a response by February 18, 2026, and may appear by Zoom at the hearing. The parties may file a reply brief by Feb. 25, 2026. Docket 18 remains under submission.

　　　　The Court extends the deadline to serve Doe with the Amended Complaint and

summons until after the resolution of this issue.  The Court also moved the Case Management Conference to March 11, 2026, by Zoom video.

**IT IS SO ORDERED.**

Dated:  January 7, 2026

_____
NATHANAEL M. COUSINS
United States Magistrate Judge