UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXECUTIVE LENS LLC,<br><br>           Plaintiff,<br><br>      v.<br><br>LEE RAPKIN and JOHN DOE dba "the Exposer" www.youtube.com@1aAudits Exposé,<br>           Defendant. | Case No. 5:25-cv-06048-NC<br><br>[PROPOSED] ORDER GRANTING DEFENDANT LEE RAPKIN'S MOTION TO DISMISS FIRST AMENDED COMPLAINT<br><br>Date: February 18, 2026<br>Time: 11 a.m. PT<br>Place: Courtroom 5 – 4th Floor<br>Judge: Nathanael M. Cousins<br><br>Complaint Filed: July 17, 2025 |

The Motion to Dismiss filed by Defendant Lee Rapkin ("Defendant Rapkin" or "Ms. Rapkin") came on regularly for hearing on February 18, 2026, at 11:00 a.m., in Courtroom 5 of the above captioned Court, Hon. Nathanael M. Cousins, presiding.

The Court, having considered all of the pleadings, evidence and argument of the parties submitted in support of and opposition to the Motion, and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED, that:

/ /

/ /

/ /

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Ms. Rapkin's Motion to Dismiss is GRANTED and the claim against Ms. Rapkin in plaintiff's first amended complaint (Dkt. 20) is dismissed without leave to amend.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
HON. NATHANAEL M. COUSINS
UNITED STATES MAGISTRATE JUDGE

## PROOF OF SERVICE

### STATE OF CALIFORNIA
### COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California, I am over the age of eighteen years, and not a party to the within action. My business address is 150 California Street, Suite 1500, San Francisco, California 94111.

On January 13, 2026, I served the document(s) described as:

**[PROPOSED] ORDER GRANTING DEFENDANT LEE RAPKIN'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**

on the parties in this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

in the following manner:

☐ **(BY E-MAIL):** by transmitting on this date via electronic mail the document(s) listed above to all parties with an e-mail address of record as set forth below and who have consented to electronic service in this action. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **(BY MAIL):** as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ **(BY PERSONAL SERVICE):** I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☒ **(BY CM/ECF/EFSP):** by electronic filing system notification with the clerk of the Court, or other electronic filing service provider pursuant to CCP § 1010.6(a), which will send a Notice of Electronic Filing to all parties with an e-mail address of record, who have consented to or filed a Notice of Consent to Electronic Service in this action.

I declare under penalty of perjury according to the laws of the State of California that the foregoing is true and correct.

Executed January 13, 2026, at San Francisco, California.

_____
Patricia Inabnet

# SERVICE LIST

Randall S. Newman, Esq.
99 Wall Street, Suite 3727
New York, New York 10005
Telephone: (212) 797-3735
Email: rsn@randallnewman.net

Attorneys for Plaintiff
EXECUTIVE LENS LLC