RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
99 Wall St., Suite 3727
New York, NY 10005
212.797.3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
 *Executive Lens LLC*

**GRANTED**
Judge Nathanael M. Cousins

The hearing scheduled for February 18, 2026, at 11:00 a.m. will be held via Zoom webinar for all counsel.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXECUTIVE LENS LLC,<br><br>          Plaintiff,<br><br>     vs.<br><br>LEE RAPKIN and JOHN DOE dba "The Exposer"<br>www.youtube.com/@1aAuditsExposé,<br><br>          Defendants. | Case No. 25-cv-06048-NC<br><br>**PLAINTIFF'S ADMINISTRATIVE REQUEST FOR REMOTE APPEARANCE PURSUANT TO CIVIL LOCAL RULE 7-11**<br><br>**HEARING:**<br>Date: February 18, 2026<br>Time: 11:00 a.m.<br>Place: 280 South 1st St.<br>Courtroom 5 (4th Floor)<br>San Jose, CA 95113 |

Pursuant to Civil Local Rule 7-11, Plaintiff Executive Lens LLC ("Plaintiff") respectfully requests leave for its counsel, Randall S. Newman, Esq. to appear remotely via Zoom at the hearing on Defendant Lee Rapkin's ("Defendant") Motion to Dismiss the First Amended Complaint (ECF No. 27) currently scheduled for February 18, 2026, at 11:00 a.m.

This request is made on the following grounds:

1. Plaintiff's counsel is located thousands of miles away from the Court in San Jose, California.

2. Requiring in-person attendance would be inefficient and unnecessary given the distance involved and the nature of the hearing.

3. Plaintiff's counsel therefore respectfully requests leave to appear remotely by Zoom at the February 18, 2026 hearing.

4. Plaintiff's counsel conferred with Defendant's counsel, who stated that Defendant does not oppose this request.

5. This request is limited solely to the manner of appearance and does not address the merits or procedural posture of Defendant's Motion to Dismiss.

Dated: February 3, 2026

/s/ Randall S. Newman
Randall S. Newman, Esq. (SBN 190547)
99 Wall Street, Suite 3727
New York, NY 10005
(212) 797-3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
*Executive Lens LLC*

2
**PLAINTIFF'S ADMINISTRATIVE REQUEST FOR REMOTE APPEARANCE**