RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
270 Madison Ave., 10th Floor
New York, NY 10016
212.797.3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
 *Executive Lens LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXECUTIVE LENS LLC, | Case No. 25-cv-06048-NC |
| Plaintiff, | **NOTICE OF CHANGE OF ADDRESS** |
| vs. | |
| LEE RAPKIN and JOHN DOE dba "the Exposer" www.youtube.com@1aAudits Exposé, | |
| Defendants. | |

**Notice of Change of Address**

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT the contact information for Plaintiff's counsel, Randall S. Newman, has changed. Effective immediately, counsel's address is as follows:

Randall S. Newman, Esq.
270 Madison Ave., 10th Floor
New York, NY 10016
(212) 797-3735
rsn@randallnewman.net

Counsel's prior address should no longer be used for service. All future pleadings and correspondence should be directed to the address above.

Dated: March 25, 2026                          /s/ Randall S. Newman
                                               Randall S. Newman, Esq. (SBN 190547)
                                               270 Madison Ave., 10th Floor
                                               New York, NY 10016
                                               (212) 797-3735
                                               rsn@randallnewman.net

                                               *Attorney for Plaintiff,*
                                               *Executive Lens LLC*

2

**Notice of Change of Address**