Steven C. Vondran, SBN 232337
**THE LAW OFFICES OF STEVEN C. VONDRAN, PC**
One Sansome Street, St #3500,
San Francisco, CA 94104
Telephone: (877) 276-5084
Facsimile:  (888) 551-2252
steve@vondranlegal.com

Attorney for Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| Executive Lens LLC, | No. 5:25-cv-06048 |
| Plaintiffs, | **ADMINISTRATIVE MOTION TO STRIKE ERRONEOUSLY FILED DOCUMENT (DKT. NO. 39)** |
| vs. | |
| Lee Rapkin; and John Doe d/b/a "The Exposer," | |
| Defendants. | |

## <u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

Defendants, through undersigned counsel, respectfully move the Court for an order striking Docket Entry No. 39.

On April 1, 2026, counsel inadvertently filed an Answer in this action that was intended to be filed in a separate matter (the Garcia case). The filing was made in error due to a clerical mistake.

The Clerk has indicated that the document cannot be removed without a court order. Accordingly, Defendants respectfully request that the Court strike Docket Entry No. 39 from the record, or alternatively note on the docket that the filing was made in error.

Defendants bring this motion promptly upon discovering the filing error. This request is made in good faith and will not prejudice any party.

DATED this 1st day of April, 2026.

**THE LAW OFFICES OF STEVEN C. VONDRAN, PC.**

By /s/ Steven C. Vondran
Steven C. Vondran, Esq.
One Sansome Street, St #3500,
San Francisco, CA 94104
*Attorney for Defendants*

2