Steven C. Vondran, [SBN 232337]
**THE LAW OFFICES OF STEVEN C. VONDRAN, PC**
602 Newport Center Drive, Suite 1100
Newport Beach, California  92660
Telephone: (877) 276-5084
Facsimile:  (888) 551-2252
steve@vondranlegal.com

Attorney for John Doe

# UNITED STATES DISTRICT COURT

# NORTHERN  DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| EXECUTIVE LENS, LLC. | No. 5:25-cv-06048-NC |
| Plaintiff, | |
| vs. | **DECLARATION OF STEVEN C. VONDRAN** |
| LEE RAPKIN and JOHN DOE, et al. | |
| Defendants. | |

DECLARATION OF STEVE VONDRAN

I, Steve Vondran, declare as follows:

1. I am an attorney licensed to practice law in the State of California.

2. I submit this declaration solely because my name was referenced in Mr. Newman's declaration filed in connection with the Court's sanctions proceedings.

3. In late 2025, Mr. Newman posted online video commentary concerning a litigation matter in which I was involved, including commentary relating to a filing error made in one of the cases. I became upset by the nature and tone of the online commentary and responded emotionally with comments and emails directed to Mr. Newman.

4. Upon further reflection, I concluded that my response was inappropriate and unprofessional, and I later apologized to Mr. Newman.

5. I appreciate that Mr. Newman acknowledged my apology in his declaration.

6. I do not submit this declaration to escalate any dispute or to request any relief from

the Court. Rather, I simply wish to clarify that the online exchanges referenced in Mr. Newman's declaration arose in the context of broader public online commentary and that I ultimately attempted to de-escalate the situation through my apology.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on May 28, 2026 at Washington, D.C.

/s/ Steve Vondran_____

Steve Vondran, Esq. Declarant